GOLDBERG v. PEOPLE'S SURETY CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Benjamin Goldberg against the People's Surety Company of New York. No opinion. Motion denied, with $10 costs. Order filed.